DOUGLAS B. PROVENCHER (SBN 77823)
PROVENCHER & FLATT, LLP
823 SONOMA AVENUE
SANTA ROSA, CA 95404
Tel: (707) 284-2380
Fax: (707) 284-2387

Attorneys for Plaintiff
CREDITORS TRADE ASSOCIATION, INC.
dba GREAT WESTERN COLLECTION BUREAU

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREDITORS TRADE ASSOCIATION, INC., DBA GREAT WESTERN COLLECTION BUREAU,<br><br>Plaintiff,<br><br>vs.<br><br>GEMSTONE PUBLISHING, INC., DIAMOND COMIC DISTRIBUTORS, INC., STEPHEN A. GEPPI, INDIVIDUALLY,<br><br>Defendants. | Case No. 3:08-CV-05540-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The parties in the above-referenced matter, by and through their undersigned attorneys of record, hereby agree and stipulate to continue the Initial Case Management Conference in the above-captioned matter currently set for March 20, 2009, to a more convenient date – April 17, 2009 at 8:30 a.m. in Courtroom 8.

None of the defendants served with the Summons and Complaint have yet filed an answer or other responsive pleading in this case. The execution and filing of this Stipulation shall in no way waive or restrict any such defendant from filing an answer or other responsive pleading, including any motion under Rule 12 of the Federal Rules of Civil Procedure. By stipulation, the deadline for filing an answer or other responsive pleading is April 1, 2009.

SO AGREED AND STIPULATED.

///

| | | |
|---|---|---|
| 1 | Dated: March 5, 2009. | PROVENCHER & FLATT |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Douglas Brion Provencher<br>Attorneys for Plaintiff |
| 5 | | CREDITORS TRADE ASSOCIATION,<br>INC. dba GREAT WESTERN COLLECTION |
| 6 | | BUREAU |
| 7 | Dated: March 5, 2009. | LIVINGSTON LAW FIRM, P.C. |
| 8 | | |
| 9 | | By: _____ |
| 10 | | Craig A. Livingston<br>Attorneys for Defendants |
| 11 | | GEMSTONE PUBLISHING, INC.;<br>DIAMOND COMIC DISTRIBUTORS, |
| 12 | | INC. and STEPHEN A. GEPPI |

### [PROPOSED] ORDER

Based on the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the Initial Case Management Conference is rescheduled to April 17, 2009 at 8:30 a.m. in Courtroom 8. Accordingly, the deadlines in the Order Setting Initial Case Management Conference and ADR Deadlines issued on December 10, 2008, have been rescheduled as follows:

Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan; last day to file ADR Certification signed by parties and counsel; and last day to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference is rescheduled to March 18, 2009.

Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement is rescheduled to April 10, 2009.

Dated:   March 10, 2009

_____
HONORABLE CHARLES R. BREYER
United States District

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

---

*Creditors Trade Association, Inc. v. Gemstone Publishing, Inc., et al.* – Case No. 3:08-CV-05540-CRB
Stipulation and [Proposed] Order To Continue Case Management Conference
2