DOUGLAS B. PROVENCHER (SBN 77823)
PROVENCHER & FLATT, LLP
823 SONOMA AVENUE
SANTA ROSA, CA 95404
Tel: (707) 284-2380
Fax: (707) 284-2387

Attorneys for Plaintiff
CREDITORS TRADE ASSOCIATION, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREDITORS TRADE ASSOCIATION, INC., DBA GREAT WESTERN COLLECTION BUREAU<br><br>Plaintiff,<br><br>vs.<br><br>GEMSTONE PUBLISHING, INC., DIAMOND COMIC DISTRIBUTORS, INC.,<br><br>Defendants. | Case No. 3:08-CV-05540-CRB<br><br><br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE<br>(F.R.C.P. 41(a)(1)) |

PLEASE TAKE NOTICE that plaintiff and defendants, Gemstone Publishing, Inc. and Diamond Comic Distributors, Inc., through counsel of record and pursuant to Rule of Civil Procedure 41(a)(1), request that this matter be dismissed WITH prejudice as to all defendants.

Dated: May 1, 2010                                PROVENCHER & FLATT

By: _____
Douglas Brion Provencher (77823)
Attorneys for Plaintiff
Creditors Trade Association, Inc.

Dated: 2-1-2010

                                                  Livingston Law Firm
By: _____
Craig Allen Livingston (148551)
Attorneys for Defendants
Gemstone Publishing, Inc.,
Diamond Comic Distributors, Inc.

---

*Creditors Trade Association, Inc. v. Gemstone Publishing, Inc., et al.* – Case No. 3:08-CV-05540-CRB
STIPULATION FOR DISMISSAL WITH PREJUDICE